FILED: April 4, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1419
(1:16-cv-00713-LO-IDD)

_____

BRIAN COLBERT

        Plaintiff - Appellant

and

MICHAEL RUNNELS; DONNA RUNNELS

        Plaintiffs

v.

NORCOLD, INC.; THETFORD CORPORATION; THE DYSON-KISSNER-MORAN CORPORATION

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:16-cv-00713-LO-IDD |
| Date notice of appeal filed in originating court: | 03/31/2017 |
| Appellant (s) | Brian Colbert |

| Appellate Case Number | 17-1419 |
|---|---|
| Case Manager | Michael Radday<br>804-916-2702 |