UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 17-1419 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Brian Colbert

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_____
(signature)

| | |
|---|---|
| Bradley L. Leger | 832-764-7200 |
| Name (printed or typed) | Voice Phone |
| Leger Ketchum & Cohoon PLLC | 832-764-7211 |
| Firm Name (if applicable) | Fax Number |
| 10077 Grogan's Mill Road, Suite 325 | |
| The Woodlands, TX 77380 | bleger@lkclawfirm.com |
| Address | E-mail address (print or type) |

### CERTIFICATE OF SERVICE

I certify that on April 18, 2017 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Martin A. Conn, Esq.
Laura May Hooe, Esq.
Lisa Moran McMurdo
Moran Reeves & Conn PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219

/s/ Bradley L. Leger                              4/18/17
Signature                                          Date

01/19/2016 SCC